IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 26 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS O. TAYLOR, and<br>NOREECE YOUNG,<br><br>Defendants. | ) <u>S U P E R S E D I N G</u><br>) <u>I N D I C T M E N T</u><br>)<br>) JUDGE DONALD C. NUGENT<br>)<br>)<br>)<br>) CASE NO.   1:24-CR-155<br>)        Title 21, United States Code,<br>)        Sections 841(a)(1), (b)(1)(A),<br>)        (b)(1)(B), (b)(1)(C), 846, and<br>)        856(a)(1); Title 18, United States<br>)        Code, Section 2 |

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A))

The Grand Jury charges:

1.   Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants THOMAS O. TAYLOR and NOREECE YOUNG, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1),(b)(1)(A).

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

COUNT 5
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 6
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 7
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

7. Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS

O. TAYLOR did unlawfully and knowingly use and maintain a place located on Dove Avenue, in Cleveland, Ohio, for the purpose of manufacturing and distributing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 8
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

8. Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did unlawfully and knowingly use and maintain a place located on East 134th Street, in Cleveland, Ohio, for the purpose of distributing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## FORFEITURE

The Grand Jury further charges:

9. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Count 1-8 are incorporated herein by reference. As a result of the foregoing offenses, Defendants THOMAS O. TAYLOR and NOREECE YOUNG shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such a violation; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such a violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.