IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR -5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SECOND SUPERSEDING INDICTMENT** |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | |
| ) | CASE NO. 1:24-CR-155 |
| THOMAS O. TAYLOR, and ) | Title 18, United States Code, |
| NOREECE YOUNG, ) | Sections 2, 922(g)(1), 924(a)(2), |
| ) | and 924(c)(1)(A)(i), Title 21, |
| ) | United States Code, Sections |
| Defendants. ) | 841(a)(1), (b)(1)(A), (b)(1)(B), |
| ) | (b)(1)(C), 846, and 856(a)(1); |

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance,
in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants THOMAS O. TAYLOR, NOREECE YOUNG, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about March 1, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 3
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about March 5, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 4
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4. On or about March 13, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

COUNT 5
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

5. On or about March 21, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 6
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

6. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 7
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

7. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 8
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

8. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 9
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

9. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 10
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

10. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

COUNT 11
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

11.   Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR did unlawfully and knowingly use and maintain a place located on Dove Avenue, in Cleveland, Ohio, for the purpose of manufacturing and distributing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 12
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

12.   Beginning at least as early as on or about January 1, 2024, continuing through on or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendants THOMAS O. TAYLOR and NOREECE YOUNG did unlawfully and knowingly use and maintain a place located on East 134th Street in Cleveland, Ohio, for the purpose of distributing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 13
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

13.   On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant THOMAS O. TAYLOR, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession of a Firearm and Ammunition, in case number 1:18-CR-269, in the Northern District of Ohio, Eastern Division, on or about April 3, 2019; Drug Trafficking, in case number CR-12-568352, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about March 18, 2013; and Drug Trafficking, in

case number CR-07-494560, in the Court of Common Pleas, Cuyahoga County, Ohio, on or about April 26, 2007, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Glock model 30S, .45 caliber semiautomatic pistol, bearing serial number BUSY928, and .45 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 14
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

14. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant NOREECE YOUNG, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Trafficking Offenses, Drug Possession, and Prohibition of Conveyance of Certain Items, in the Cuyahoga County Court of Common Pleas, case number CR-10-540787, on or about October 29, 2010; Drug Possession, in the Cuyahoga County Court of Common Pleas, case number CR-07-501097, on or about March 17, 2008; Drug Abuse, in the Cuyahoga County Court of Common Pleas, case numbers CR-95-321560 and CR-95-320880, on or about May 2, 1995; Attempted Robbery, in the Cuyahoga County Court of Common Pleas, case number CR-94-307490, on or about December 1, 1994, did knowingly possess in and affecting interstate and foreign commerce firearms and ammunition, to wit: a Taurus model G2C, 9 millimeter semiautomatic pistol, bearing serial number ACM678437, a Smith & Wesson model M&P Shield, 9 millimeter semiautomatic pistol, bearing serial number NEW2161, and 9 millimeter ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 15
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

15. On or about April 1, 2024, in the Northern District of Ohio, Eastern Division, NOREECE YOUNG did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: Possession with the Intent to Distribute a Controlled Substances, as charged in Counts 8 and 9 of this Second Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

16. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 15 are incorporated herein by reference. As a result of foregoing offenses, Defendants THOMAS O. TAYLOR, and NOREECE YOUNG shall forfeit to the United States, any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offense charged herein; any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offense charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein; including, but not limited to, the following:

A. Glock model 30S, .45 caliber semiautomatic pistol, bearing serial number BUSY928, and .45 caliber ammunition, seized from THOMAS O. TAYLOR;

  B. Taurus model G2C, 9 millimeter semiautomatic pistol, bearing serial number ACM678437, seized from NOREECE YOUNG; and

  C. Smith & Wesson model M&P Shield, 9 millimeter semiautomatic pistol, bearing serial number NEW2161, and 9 millimeter ammunition, seized from NOREECE YOUNG.

              A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.
United States v. Thomas O. Taylor, et al.